

AL **ROB QUIST:**
O FACE THE MUSIC

Paid for by the Republican National Committee. Not authorized by any candidate or candidate's committee. www.gop.com

Non-Pr
US P
**P**
BM

310 First Street, SE
Washington DC 20003

63845**********AUTO**5-DIGIT 59801
THE WEST HOUSEHOLD
OR CURRENT RESIDENT

EXHIBIT C, Page 2