IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| ERIKA PETERMAN, | CV 17–66–M–DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| REPUBLICAN NATIONAL COMMITTEE, | |
| Defendant. | |

Defendant Republican National Committee moves for the admission of David E. Weslow to practice before this Court in this case with Mark S. Williams to act as local counsel. The application appears to be in order.

Accordingly, IT IS ORDERED that Defendant's motion to admit David E. Weslow *pro hac vice* (Doc. 10) is GRANTED on the condition that Mr. Weslow does his own work. This means that he must: (1) do his own writing; (2) sign his own pleadings, motions, and briefs; and (3) appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless

1

Mr. Weslow within fifteen (15) days of this Order, files a separate pleading acknowledging his admission under the terms set forth above.

DATED this 6th day of October, 2017.

/s/ Dana L. Christensen
Dana L. Christensen, Chief Judge
United States District Court