

# TELL LIBERAL ROB QUIST: IT'S TIME TO FACE THE MUSIC

**Montana Families Can't Afford**
- ✗ Job Killing Regulation
- ✗ Higher Taxes and Fees
- ✗ Government-Run Healthcare

**VOTE AGAINST ROB QUIST** THURSDAY, **MAY 25TH**

Paid for by the Republican National Committee. Not authorized by any candidate or candidate's committee. www.gop.com

310 First Street, SE
Washington DC 20003

Non-Profit Org.
U.S. Postage
**PAID**
The Mailing Company



FOR MONTANA CONSERVATIVES, **LIBERAL ROB QUIST** CAN'T HIT THE RIGHT NOTE

# LIBERAL ROB QUIST
## MUSIC TO NANCY PELOSI'S EARS

**NATIONAL GUN REGISTRY**
Quist is out of touch with Montana values and supports a firearm registry for gun owners.[1]

**GOVERNMENT-RUN HEALTHCARE**
Quist supports government-run single-payer healthcare, which would raise taxes and increase spending.[2]

**JOB KILLING REGULATION**
Quist wants more red tape and regulation that would hurt Montana businesses and families.

# ROB QUIST & NANCY PELOSI
## SINGING THE SAME TUNE



1. www.bozemandailychronicle.com/news/politics/rob-quist-touring-state-lobbying-dems-ahead-of-u-s/article_1b0c9fc5-83f6-5e3d-85d9-0ecd8d353b66.html
2. *KGVO*, 1/20/17; *Washington Post*, 7/12/11; Congressional Budget Office, 3/20/10