# UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| ERIKA PETERMAN<br><br>               Plaintiff,<br><br>  -against-<br><br>REPUBLICAN NATIONAL COMMITTEE<br><br>               Defendant. | Civil Action No. 9:17-cv-000666-DLC<br><br>Statement of Undisputed Material Facts ("UMFs") in Support of Defendant's Motion for Summary Judgment or, In the Alternative, Partial Summary Judgment – EXHIBIT G |

## UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| ERIKA PETERMAN<br>Plaintiff,<br>-against-<br>REPUBLICAN NATIONAL COMMITTEE<br>Defendant. | Civil Action No. 9:17-cv-000666-DLC<br><br>Declaration of Ari Meltzer |

I, ARI MELTZER, declare and state as follows:

1. My name is Ari Meltzer. I am an attorney for Wiley Rein LLP admitted to practice law in the State of Maryland and the District of Columbia. I am admitted pro hac vice in this matter as counsel for Defendant Republican National Committee.

2. I am over the age of eighteen and am competent to testify to the matters set forth herein. I make this Declaration based on my own personal knowledge.

3. On October 17, 2018, I visited the Facebook page for Rob Quist for Montana, which continues to display a post from March 20, 2017 that includes the photograph of Mr. Quist at issue in the instant litigation (the "Quist Photograph") without any restrictive legend.

4. A true and accurate copy of the March 20, 2017 post on the Rob Quist for Montana Facebook page, [https://www.facebook.com/robquistformontana/photos/a.1268181256562295/1346954688684951/?type=3&theater](https://www.facebook.com/robquistformontana/photos/a.1268181256562295/1346954688684951/?type=3&theater), is attached hereto as Attachment 1.

5. On October 17, 2018, I visited the Facebook page for the Montana Democratic Party, which continues to display a copy of the Quist Photograph uploaded on April 3, 2017, without any restrictive legend.

6. A true and accurate copy of the April 3, 2017 photograph post on the Montana Democratic Party Facebook page, https://www.facebook.com/montanademocrats/photos/a.10154766482507639/10154766483997639/?type=3&theater, is attached hereto as Attachment 2.

2

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746 and the laws of the United States of America, that the foregoing is true and correct.

Executed on October 17, 2018, in Washington, D.C.

_____
Ari Meltzer

# ATTACHMENT 1



# ATTACHMENT 2

