

Ex. 1
p. 1 of 1