

# LIBERAL
# ROB QUIST
## MUSIC TO NANCY PELOSI'S EARS

**NATIONAL GUN REGISTRY**
Quist is out of touch with Montana values and supports a firearm registry for gun owners.[1]

**GOVERNMENT-RUN HEALTHCARE**
Quist supports government-run single-payer healthcare, which would raise taxes and increase spending.[2]

**JOB KILLING REGULATION**
Quist wants more red tape and regulation that would hurt Montana businesses and families.

# ROB QUIST
# & NANCY PELOSI
## SINGING THE SAME TUNE

1. www.bozemandailychronicle.com/news/politics/rob-quist-touring-state-lobbying-dems-ahead-of-u-s/article_1b0c9fc5-83f6-5e3d-85d9-0ecd8d353b66.html
2. *KGVO*, 1/20/17; *Washington Post*, 7/12/11; Congressional Budget Office, 3/20/10