FILED

JAN 14 2019

Clerk, U.S Courts
District Of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ERIKA PETERMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>REPUBLICAN NATIONAL COMMITTEE,<br><br>    Defendant. | CV 17–66–M–DLC<br><br>ORDER |

Before the Court is Plaintiff Erika Peterman's Unopposed Motion for Leave to File Exhibit under Seal. (Doc. 55.)

IT IS ORDERED that the motion (Doc. 55) is GRANTED. The document lodged at Docket Number 56-1 shall be filed under seal.

DATED this 14th day of January, 2019.

Dana L. Christensen, Chief Judge
United States District Court