FILED

FEB 12 2019

Clerk, U.S Courts
District Of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ERIKA PETERMAN,<br><br>            Plaintiff,<br><br>vs.<br><br>REPUBLICAN NATIONAL COMMITTEE,<br><br>            Defendant. | CV 17–66–M–DLC<br><br>ORDER |

Defendant Republican National Committee moves for the admission of Richard W. Smith and Douglas C. Dreier to practice before this Court in this case with Mark S. Williams to act as local counsel. Although the motions are not unopposed, the applications appear to be in order, and the Court finds that admission is appropriate.

Accordingly, IT IS ORDERED that Defendant's motions to admit Richard W. Smith and Douglas C. Dreier *pro hac vice* (Docs. 62 & 63) are GRANTED on the condition that Mr. Smith and Mr. Dreier do their own work. This means that they must: (1) do their own writing; (2) sign their own pleadings, motions, and briefs; and (3) appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is

1

available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Smith and Mr. Dreier file separate pleadings acknowledging their admission under the terms set forth above within 15 days of this Order.

DATED this 12th day of February, 2019.

*/s/ Dana L. Christensen*
Dana L. Christensen, Chief Judge
United States District Court